**[31805]** [Deficency Letter]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
300 NORTH HOGAN STREET SUITE 3−350
JACKSONVILLE, FLORIDA 32202
(904)301−6490

September 5, 2014

Ryan G. Moore
Wendell Finner, P.A.
340 Third Avenue South
Suite A
Jacksonville Beach, FL 32250−6767

In re: June Day−deGarmo                     Case No. 3:14−bk−01556−PMG
                                            Chapter 7

    The document filed by you is deficient for the reason noted and must be cured within seven (7) days or the lesser time specifically noted in the deficiency. Failure will result in case being referred for a judicial determination.

    Document: Amended Schedule D

    Need to serve a copy of the 341 Meeting of Creditors Notice on additional creditors and file a Certificate of Service with the Court.

    Lee Ann Bennett, Clerk of Court
    300 North Hogan Street Suite 3−350
    Jacksonville, FL 32202

Copies furnished to:
Trustee
United States Trustee
Debtor
Debtor's Attorney